JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>        Plaintiff,<br><br>v.<br><br>BASANT KAUR, INC. D/B/A PLAZA LIQUOR; and DOES 1 to 10,<br><br>        DefendantS. | Case No. 2:20-CV-08994-AB (JEMx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 12, 2021        _____
                                              ANDRÉ BIROTTE JR.
                                              UNITED STATES DISTRICT JUDGE